UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL E. DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAUREZ, et al.<br><br>　　　　Defendants. | No.  1:23-cv-01448-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED TO TRIAL AS PREMATURE<br><br>(ECF No. 10) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Plaintiff's motion to proceed to trial, filed November 22, 2023.  Plaintiff submits that he would like to submit multiple inmate grievances (602s) and proceed to trial within sixty days.  (ECF No. 10.)

　　　On November 14, 2023, the Court screened Plaintiff's complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 8.)  Thus, Plaintiff has not yet stated a cognizable claim for relief and no Defendant has been served or appeared in this action.  Accordingly, Plaintiff's motion to proceed to trial is denied as premature.

IT IS SO ORDERED.

Dated:  **November 27, 2023**　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1