UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL E. DAVIS,<br><br>          Plaintiff,<br><br>     v.<br><br>JAUREZ, et al.<br><br>          Defendants. | No. 1:23-cv-01448-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>Doc. 15 |

Plaintiff Cornell E. Davis is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Docs. 7, 12. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed his initial complaint on October 6, 2023. Doc. 1. On November 14, 2023, the assigned magistrate judge screened the complaint, found that it failed to state a cognizable claim, and granted plaintiff thirty days to file an amended complaint. Doc. 8. On December 4, 2023, plaintiff filed a first amended complaint that is factually identical to the originally filed complaint. Doc. 12.

On January 22, 2024, the assigned magistrate judge issued findings and recommendations recommending the action be dismissed with prejudice and without further leave to amend for failure to state a cognizable claim for relief. Doc. 15. Plaintiff filed objections on March 4, 2024. Doc. 16. Therein, plaintiff objects that he has no legal training and that he has responded to all

documents in this case. *Id.* He also notes he does not have a tablet and requires access to the law library. *Id.* Plaintiff's objections provide no additional facts to support his claims, nor do they indicate that there are additional facts that he could plead that could render his claims cognizable.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on January 22, 2024, Doc. 15, are adopted in full;
2. This action is dismissed, with prejudice and without further leave to amend, for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 14, 2025

_____
UNITED STATES DISTRICT JUDGE

2